**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

RC Law Group, PLLC
285 Passaic Street
Hackensack, NJ 07601
(201) 282-6500
dkohn@rclawgroup.com
Attorneys for Debtor

**In Re:**

**Andrew Samuel Mackey**

                 **Debtor**

**Case No:** 8-16-73975-ast
**Chapter:** 13

**Notice of Motion to Set Aside Order of Dismissal and To Restore Debtor's Chapter 13 Case**

**Hearing Date: 11/15/2016**
**Time: 9:30 AM**

**ORAL ARGUMENT IS WAIVED UNLESS OPPOSITION IS TIMELY FILED**

**To:**

Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

Ms. Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Turnpike
Suite 105
Jericho, NY 11753

**PLEASE TAKE NOTICE** that on the **15th** day of **November, 2016** at **9:30 AM**, or as soon thereafter as counsel may be heard, the undersigned attorneys for Debtor, Andrew Samuel Mackey, ("Debtor"), by and through his counsel, RC Law Group, PLLC, will move before the Honorable Alan S. Trust, at the **United States Bankruptcy Court for the Eastern District of New York, located at 290 Federal Plaza, Central Islip, NY 11722, Courtroom 960.** The relief sought will be an Order of the Bankruptcy Court pursuant to Federal Rules of Bankruptcy Procedure Rules 9023 & 9024 and Local Rule 9023-1, to Set Aside the Order of Dismissal entered in this case on October 18, 2016, and to Restore the Debtor's Chapter 13 Case.

This motion is based upon the annexed Motion, oral argument of counsel (if opposed), testimony and such other evidence as may be adduced at the time of the hearing (if opposed).

**Oral argument is waived unless opposition is timely filed.**

A Proposed Form of Order is submitted herewith.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the Court to allow the relief stated above or if you want the Court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing you or your attorney must:

File a written response in opposition to this motion explaining your position(s) and send it to:

    Clerk of the Court
    United States Bankruptcy Court
    Eastern District of New York
    Alfonse M. D'Amato Federal Courthouse
    290 Federal Plaza
    Central Islip, New York 11722

    United States Trustee
    Long Island Federal Courthouse
    560 Federal Plaza - Room 560
    Central Islip, NY 11722-4437

    Ms. Marianne DeRosa
    Standing Chapter 13 Trustee
    125 Jericho Turnpike
    Suite 105
    Jericho, NY 11753

Mr. Daniel Kohn
RC Law Group PLLC
285 Passaic Street
Hackensack, NJ, 07601

If you mail your response to the Court for filing you must mail it early enough so the Court will receive it on or before the date stated above.

**IF YOU OPPOSE THE RELIEF REQUESTED HEREIN YOU SHOULD ATTEND THE HEARING SCHEDULED TO BE HELD BEFORE:**

Hon.   Alan S. Trust
Date:   November 15, 2016
Time:   9:30 AM
Place:  United States Bankruptcy Court
        Eastern District of New York
        290 Federal Plaza, Central Islip, NY 11722

        Courtroom 960

If you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion. A copy of the proposed Order which is sough is enclosed with this motion.

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sough in the motion or objection and may enter an order granting that relief.


Dated: October 27, 2016             By:   */s/ Daniel Kohn*
                                          Daniel Kohn
                                          RC Law Group PLLC
                                          285 Passaic Street
                                          Hackensack, NJ 07601
                                          Tel: (201) 282-6500
                                          Fax: (201) 282-6501
                                          Email: dkohn@rclawgroup.com