| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>RC Law Group, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>(201) 282-6500<br>dkohn@rclawgroup.com<br>Attorneys for Debtor<br><br>**In Re:**<br><br>**Andrew Samuel Mackey**<br><br>                              **Debtor** | **Case No:** 8-16-73975-ast<br>**Chapter:** 13 |

## ORDER GRANTING DEBTOR'S MOTION TO SET ASIDE ORDER OF DISMISSAL AND RESTORE DEBTOR'S CHAPTER 13 CASE

The relief set forth on the following pages is hereby **ORDERED**

**THIS MATTER** having been brought before the Court by the applicant, RC Law Group PLLC, attorneys for Debtor, for an Order granting Debtor's Motion to Set Aside the Order of Dismissal and to Restore Debtor's Chapter 13 Case; and the Court having reviewed the papers submitted thereto; and the Court having heard both sides; and for good cause shown; **IT IS HEREBY**

**ORDERED** that Debtor's request to Set Aside the October 18, 2016 Order of Dismissal is hereby granted; and

**ORDERED** that Debtor's Chapter 13 Case be Restored.

DATED: November _____, 2016

                                                                               Honorable Alan S. Trust
                                                                               United State Bankruptcy Judge